# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLESTOWN TOWNSHIP** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES SURETY COMPANY** | : | No. 17-5469 |

**O R D E R**

**AND NOW**, this 2nd day of May, 2018, upon consideration of Defendants' Motion to Dismiss Count III of Plaintiff's Complaint (Doc. No. 4) and Plaintiffs' response, **I HEREBY ORDER** that Defendant's motion to dismiss is **GRANTED**:

1. Count III is **DISMISSED WITH PREJUDICE**.

2. Defendant shall have twenty (20) days to answer the complaint.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.