# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLESTOWN TOWNSHIP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES SURETY COMPANY | : | No. 17-CV-5469 |

## O R D E R

**AND NOW**, this 22nd day of August, 2018, upon consideration of Plaintiff's Motion to Dismiss Count I of Defendant's Counterclaim (Doc. No. 10), Defendant's response, and Plaintiff's reply, **I HEREBY ORDER** that Plaintiff's motion to dismiss is **GRANTED**:

1. Count I of the Counterclaim is **DISMISSED WITH PREJUDICE**.

2. Plaintiff shall have twenty (20) days to answer the Counterclaim.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.