IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLESTOWN TOWNSHIP, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-5469 |
| | : | |
| UNITED STATES SURETY COMPANY, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 7th day of February, 2020, upon consideration of Plaintiff's Motion to Dismiss Defendant's First Amended Counterclaim (ECF No. 22), the Response in Opposition thereto (ECF No. 23), and Plaintiff's Sur-Reply (ECF No. 24), it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.